**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2102**

UNITED STATES OF AMERICA,

              Petitioner - Appellee,

         v.

THOMAS T. SCAMBOS, JR.,

              Respondent - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, District Judge.  (3:07-mc-00011-nkm-bwe)

Submitted:  March 17, 2009          Decided:  March 19, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas T. Scambos, Jr., Appellant Pro Se. Bruce R. Ellisen, Richard L. Parker, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas T. Scambos, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and granting the Government's motion to enforce an Internal Revenue Service summons. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Scambos, No. 3:07-mc-00011-nkm-bwe (W.D. Va. Aug. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED